IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

CHARLES A. JOHNSON, et al.,     *

   Plaintiffs,     *

      v.     *     CIVIL NO.: WDQ-12-2312

FREDERICK MEMORIAL HOSPITAL,
INC., et al.,     *

   Defendants.     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 14th day of May 2013, ORDERED that:

1. Defendant Frederick Memorial Hospital, Inc.'s motion to dismiss (ECF No. 11) BE, and HEREBY IS, GRANTED;

2. The case is DISMISSED;

3. The Clerk of the Court shall CLOSE this case; and

4. The Clerk shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                  _____
                                  William D. Quarles, Jr.
                                  United States District Judge